IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**DAVID NIGHTHORSE FIREWALKER-FIELDS,**
    Plaintiff,                               Civil Action No. 7:17-cv-00400

v.                                                  **ORDER**

**JACK LEE, et al,**                         By:    Joel C. Hoppe
    Defendant(s).                                United States Magistrate Judge

      This matter is before the court upon a request by an attorney for a telephonic conference with the plaintiff in this case. The plaintiff's custodian is requested to have:

**DAVID NIGHTHORSE FIREWALKER-FIELDS #1147520**

available to speak with the attorney on May 5, 2023 at 10:00 am[1] so that the plaintiff and the attorney may discuss the case. A representative of the facility shall correspond directly with the attorney to setup the telephonic conference. The contact information of the attorney will be provided to the facility by the Clerk's Office.

      The Clerk shall send a copy of this order to the attorney(s), the parties, and plaintiff's custodian.

      **ENTER**: This 4th day of May, 2023.

                                                          s/ Joel C. Hoppe
                                                          United States Magistrate Judge

---

[1] Or at another time mutually agreed upon by the attorney and the facility staff.