# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| DAVID NIGHTHORSE FIREWALKER-FIELDS<br><br>*Plaintiff,*<br><br>v.<br><br>JACK LEE and MIDDLE RIVER JAIL AUTHORITY,<br><br>*Defendants.* | Civ. A. No. 7:17-cv-0400 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, by counsel, and with the signature of counsel for Defendants, stipulates to the dismissal with prejudice of all claims in this matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

THIS CAUSE IS ENDED.

June 5, 2023

Respectfully submitted,

*/s/ Juliet B. Clark*
Juliet B. Clark (VSB No. 96918)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Ph: (804) 775-4315
Fax: (804) 698 2199
jbclark@mcguirewoods.com

*Counsel for Plaintiff*

*/s/ Julian F. Harf*
Julian F. Harf (VSB No. 90775)
SPILMAN THOMAS & BATTLE, PLLC

310 First Street, Suite 1100 (ZIP 24011)
Post Office Box 90
Roanoke, VA 24002-0090
Ph: 540.512.1829
Fax: 540.342.4480
jharf@spilmanlaw.com

*Counsel for Defendants*

SO ORDERED this _____ day of June, 2023.

_____
United States District Judge